# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| BENSON WAYNE EDWARDS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 5:07CV00293 SWW |
| CITY OF GOULD, ARKANSAS | * | |
| | * | |
| | * | |

## ORDER of DISMISSAL

Before the Court is Plaintiff's motion to dismiss (docket entry #12). Plaintiff reports that the parties have resolved their dispute and requests that this action be dismissed with prejudice. The motion (docket entry #12) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS    1ST DAY OF DECEMBER, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE